Mario Alberto INIESTA–
    MUNDRAGON; et al.,
        Petitioners,

v.

Michael B. MUKASEY, Attorney
    General, Respondent.

No. 06–74070.

United States Court of Appeals,
    Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Dec. 26, 2008.

Mario Alberto Iniesta–Mundragon, Compton, CA, pro se.

Raquel Ramirez Segura, Compton, CA, pro se.

CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Kurt B. Larson, Esquire, Stacy S. Paddack, Esquire, Colette Jabes Winston, Esquire, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2).

Juan **HERNANDEZ GUZMAN,**
Petitioner,

v.

Michael B. **MUKASEY,** Attorney General, Respondent.

No. 06–74146.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Dec. 26, 2008.

Enrique Arevalo, Esq., Law Offices of Enrique Arevalo, South Pasadena, CA, for Petitioner.

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM **

Mario Alberto Iniesta–Mundragon and Raquel Ramirez Asegura, husband and wife and natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals denial of their motion to reopen, which the BIA construed as a motion for reconsideration, challenging the underlying denial of their application for cancellation of removal due to petitioners' failure to establish the requisite hardship to their qualifying relatives.

The evidence that petitioners presented with their motion for reconsideration concerned the same basic hardship grounds as their application for cancellation of removal. We therefore lack jurisdiction to review the BIA's discretionary determination that the evidence was insufficient to establish a prima facie case of hardship. *See Fernandez v. Gonzales,* 439 F.3d 592, 601–03 (9th Cir.2006).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.